**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE RODRIGUEZ,

                      Plaintiff,

- against -

NASSAU COUNTY CORRECTIONAL CENTER
CAPT. DONALD KERZNER, CPL. FIELDING,
SGT. JOWORSKI, C.O. BARBARA,

                      Defendants.
-----------------------------------------------------------------X

**JUDGMENT**
CV 19-4074 (JS) (AKT)

An Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 10, 2020, dismissing this case without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(b), directing the Clerk of the Court to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff Jose Rodriguez take nothing of defendants Nassau County Correctional Center, Captain Donald Kerzner, Corporal Fielding, Sergeant Joworski, and C.O. Barbara; that this case is dismissed without prejudice; that this case is closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: January 10, 2020
       Central Islip, New York

                                                      DOUGLAS C. PALMER
                                                      CLERK OF THE COURT
                                         By:    /s/ James J. Toritto
                                                        Deputy Clerk